## T. & P. R. R. Co. v. M. M. Miller.

(No. 2263, R. Book No. 4, p. 228.)

APPEAL from Dallas County.     Opinion by WHITE, P. J.

§ 262. *Justices' courts; pleadings in.* Pleadings in justices' courts are oral, except as otherwise specially provided. [Rev. Stats. art. 1573.] In suit against a railroad company in a justice's court, it is not required that plaintiff should allege, as is required in district and county courts in such suits, that defendant "was a corporation duly incorporated." [Rev. Stats. art. 1190; Life Insur. Co. v. Davidge, 51 Tex. 244.]

§ 263. *Suit for stock killed; burden of proof; fences.* Before the adoption of the statute on the subject of fencing a railroad track [Rev. Stats. art. 4245], the burden of proof to show negligence was in all cases upon the plaintiff. [Bethje v. R. R. Co. 26 Tex. 604.] Now, it is in the power of the railroad to defeat the claim for damages, except such as arise from want of ordinary care, by simply showing that the road was fenced; and whenever the plaintiff shows that his stock has been injured, the road is *ipso facto* liable for want of ordinary care, and the burden of proving that the track was fenced would be upon the railroad.

April 29, 1882.                                   Affirmed.